**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ERIC L. MUNSON; ADIT VENTURES MANAGEMENT, LLC; ADIT VENTURES, LLC; ADIT VENTURES II, LLC; and ADIT VENTURES III, LLC,<br><br>Defendants. | No. 1:26-cv-06800 |

**ORDER**

The motion of Daniel J. Ball for admission to practice *pro hac vice* in the above-captioned action pursuant to Local Civil Rule 1.3(l) is GRANTED.

Applicant has declared that he is a member in good standing of the bar of Massachusetts and that his contact information is as follows:

Daniel J. Ball
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Tel: 202-551-5987
Email: balldan@sec.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Securities and Exchange Commission in the above-entitled actions;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern

District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is respectfully directed to terminate all pending motions.

Dated: September 29, 2026

Andrew L. Carter, Jr.
United States District Judge